549 A.2d 385

**Chaiha K. RHEE**

v.

**Chu S. RHEE.**

**No. 42, Sept. Term, 1988.**

Court of Appeals of Maryland.

Nov. 3, 1988.

**124**

Patrick James Attridge (Bromley, Brown & Walsh, Rockville, on brief), for petitioner.

Robert V. Clark, Jr. (Joseph H. Koonz, Jr., Christopher K. Mangold, Koonz, McKenney & Johnson, Landover, on brief), for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

PER CURIAM.

### ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 3rd day of November, 1988.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.